IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EFREN TORRES,

    Plaintiff,

v.

DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., et al.,

    Defendants

No. C 09-0756 MMC

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**

    Before the Court is defendants U.S. Bank National Association, DSL Service Company, and FCI Lender Services, Inc.'s motion, filed March 27, 2009, to dismiss plaintiff Efren Torres's initial complaint. On April 24, 2009, plaintiff filed a First Amended Complaint.

    A party may amend a pleading "once as a matter of course at any time before a responsive pleading is served." See Fed. R. Civ. P. 15(a).[1] "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F. 2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

    Accordingly, the Court hereby DENIES as moot defendant's motion to dismiss.

    **IT IS SO ORDERED.**

Dated: April 28, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] A motion to dismiss is not a "responsive pleading." See Crum v. Circus Circus Enterprises, 231 F. 3d 1129, 1130 n. 3 (9th Cir. 2000).