IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EFREN TORRES,

    Plaintiff,

    v.

DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., et al.,

    Defendants
                               /

No. C 09-0756 MMC

**ORDER REMANDING ACTION**

        On February 20, 2009, defendants U.S. Bank National Association, DSL Service Company, and FCI Lender Services, Inc. removed from state court plaintiff Efren Torres's initial complaint. In the Notice of Removal, defendants asserted the district court had subject matter jurisdiction over the initial complaint, pursuant to 28 U.S.C. § 1331, in light of plaintiff's having included in his initial complaint, in addition to sixteen causes of action arising under state law, two causes of action arising under federal law.

        On April 24, 2009, plaintiff, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, filed a First Amended Complaint ("FAC"). The FAC contains sixteen causes of action arising under state law, but no longer includes any cause of action arising under

federal law. In other words, plaintiff has voluntarily dismissed each of his federal claims.[1]

Where, as here, all claims over which a district court has original jurisdiction have been dismissed, a court may decline to exercise supplemental jurisdiction over the remaining claims. See 28 U.S.C. § 1367(c)(3). In the instant matter, having considered all of the above-described circumstances, the Court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims.

Accordingly, the instant action is hereby REMANDED to the Superior Court of the State of California, in and for the County of San Mateo.[2]

**IT IS SO ORDERED.**

Dated: May 13, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] Although the caption of the FAC lists each of the eighteen causes of action alleged in the initial complaint, including the two federal claims, the claims contained therein no longer include any cause of action arising under federal law.

[2] In light of the remand, defendants' motion to dismiss the FAC is hereby DENIED, without prejudice to defendants' renewing the motion in state court.